# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of March, two thousand and fifteen.

Before:     Debra Ann Livingston,
              *Circuit Judge*.

_____

Banner Industries of N.E., Incorporated,
    Plaintiff-Appellant,

**ORDER**

v.     Docket No. 14-4647

Kenneth L. Wicks, Harrington Industrial Plastics LLC,
    Defendants-Appellees.

_____

    Appellant moves for leave to file its principal brief and appendix under seal.

    IT IS HEREBY ORDERED that the motion is GRANTED. Within 7 days after the sealed brief and appendix are filed, a redacted version of brief and appendix must be electronically filed on the docket pursuant to Second Circuit Local Rule 25.1(j)(2).

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

